**FILED**
FEB 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone  (714) 621-0200
3  Fax    (714) 621-0277

4           **United States Bankruptcy Court**
            **Central District of California**
5

6                                              ) Chapter 13
                                               )
7  DANNY LEE CLOYD                             ) Case No.: 8:04-bk-14130-RK
                                               )
8  JANICE HATSUMI CLOYD                        ) **NOTICE OF UNCLAIMED DIVIDEND**
                                               ) **(Bankruptcy Rule 3011)**
9                                              )
                                               )
10                                             )
                                               )
11 ─────────────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300651** in the sum of **$91.20**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      DANNY LEE CLOYD
        JANICE HATSUMI CLOYD
18      11552 PALOMA AVENUE
        GARDEN GROVE, CA 928430000
19

20

21 Date: February 14, 2010           _____
                                     Amrane Cohen, Chapter 13 Standing Trustee
22

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0414130 | DANNY LEE & JANICE HATSUMI CLOYD ACCT: | Claim: 00000 XXX-XX-2740 XXX-XX-0404 | 91.20 | 0.00 | 91.20 |
| | | TOTALS | 91.20 | 0.00 | 91.20 |

DANNY LEE CLOYD
JANICE HATSUMI CLOYD
BALANCE:              [0.00  33/00000]
SSN: XXX-XX-2740     SSN: XXX-XX-0404
ACCT:                           CASE: 0414130
PRINCIPAL:      91.20   INTEREST:         0.00

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0300651

Dec 24, 2009

VOID 90 DAYS FROM DATE

\*\*\*\*\*\*\*\*$91.20

**PAY**   Ninety One And 20 / 100 Dollars

**TO THE ORDER OF**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑃0300651⑃ ⑆061100790⑆000000575186 2⑃